# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2017

Stephen J. Markman,
Chief Justice

154358(59)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

STEVEN ILIADES and JANE ILIADES,
     Plaintiffs-Appellees,

v

DIEFFENBACHER NORTH AMERICA, INC.,
     Defendant-Appellant.
_____/

SC: 154358
COA: 324726
Oakland CC: 12-129407-NP

On order of the Chief Justice, the motion of defendant-appellant to file a sur-reply brief is DENIED. The sur-reply brief submitted by defendant-appellant on June 19, 2017, is not accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2017



Clerk